# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| AVERAGE JOE'S ENTERTAINMENT GROUP, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. SOUNDCLOUD LTD., SOUNDCLOUD, INC., SOUNDCLOUD OPERATIONS, INC. | ) ) ) ) | Civil Action No. 3:16-cv-3294 Judge Sharp/ Magistrate Judge Brown |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SOUNDCLOUD LTD.
(c/o Registered Agent)
Berners House
47-48 Berners Street
London W1T 3NF, UK.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen E. Grauberger #23652
Franklin Business Law, PLLC
1224 Columbia Ave.
Franklin, TN 37064
(615) 345-4547
steve@franklinbusinesslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-27-16

*Ann Frantz*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| AVERAGE JOE'S ENTERTAINMENT GROUP, LLC <br><br> *Plaintiff* <br><br> v. <br><br> SOUNDCLOUD LTD., SOUNDCLOUD, INC., SOUNDCLOUD OPERATIONS, INC. <br><br> *Defendant* | Civil Action No. 3:16-cv-3294 <br> Judge Sharp/ <br> Magistrate Judge Brown |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SOUNDCLOUD, INC.
(c/o Registered Agent)
Corporation Service Company
2711 Centerville Rd. Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen E. Grauberger #23652
Franklin Business Law, PLLC
1224 Columbia Ave.
Franklin, TN 37064
(615) 345-4547
steve@franklinbusinesslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-27-16

*Ann Franty*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| AVERAGE JOE'S ENTERTAINMENT GROUP, LLC <br> *Plaintiff* <br> v. <br> SOUNDCLOUD LTD., SOUNDCLOUD, INC., SOUNDCLOUD OPERATIONS, INC. <br> *Defendant* | Civil Action No. 3:16-cv-3294 <br> Judge Sharp/ <br> Magistrate Judge Brown |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SOUNDCLOUD OPERATIONS, INC.
(c/o Registered Agent)
Corporation Service Company
2711 Centerville Rd. Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen E. Grauberger #23652
Franklin Business Law, PLLC
1224 Columbia Ave.
Franklin, TN 37064
(615) 345-4547
steve@franklinbusinesslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-27-16

*Ann Franty*
*Signature of Clerk or Deputy Clerk*