# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| AVERAGE JOE'S ENTERTAINMENT GROUP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SOUNDCLOUD, LTD.,<br><br>    Defendant. | No. 3:16-cv-3294-JPM-jb |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Motion for Summary Judgment, filed on September 7, 2018 (ECF No. 116) and the Court having entered an Order Granting Summary Judgment (ECF No. 153),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Summary Judgment, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

  /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  October 17, 2018
Date